UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN DAVIS,<br><br>                Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, ET AL.,<br><br>                Defendants. | No. 5:13-cv-00483-CBM-KK<br><br>**JUDGMENT**<br><br>[JS-6] |

The above-entitled action was tried as a bench trial before the Honorable Consuelo B. Marshall, United States District Judge from January 11, 2017 to January 13, 2017.

\\
\\
\\
\\
\\
\\

1

1     Consistent with the Findings of Fact and Conclusions of Law issued herewith, judgment is entered against Plaintiff and in favor of Defendant United States of America.

DATED: March 20, 2017

_____
    CONSUELO B. MARSHALL
    UNITED STATES DISTRICT JUDGE